

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CURTIS WAYNE ROBERTSON, | § | No. 08-17-00109-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 112th District Court |
| THE STATE OF TEXAS, | § | |
| | | of Crockett County, Texas |
| Appellee. | § | |
| | | (TC# 2888) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF JUNE, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.